| | | | |
|---|---|---|---|
| Com. v. Frazier .... | 07/19/2016 111 EAL (2016) | Denied | Pa.Super., 141 A.3d 602 |
| Com. v. Fryer [18] .... | 08/03/2016 15 EAL (2016) | Denied | Pa.Super., 134 A.3d 480 |
| Com. v. G.F.K. [19] ... | 07/27/2016 112 MAL (2016) | Denied | Pa.Super., 134 A.3d 482 |
| Com. v. Gibson..... | 07/20/2016 328 MAL (2015) | Denied | Pa.Super., 121 A.3d 1121 |
| Com. v. Gregory [20] .. | 07/26/2016 83 EAL (2016) | Denied | Pa.Super., 141 A.3d 588 |
| Com. v. Grohow-ski [21] ............. | 07/26/2016 204 MAL (2016) | Denied | Pa.Super., 141 A.3d 593 |
| Com. v. Guiher ..... | 08/02/2016 122 WAL (2016) | Denied | Pa.Super., 141 A.3d 605 |
| Com. v. Hawkins ... | 07/19/2016 135 EAL (2016) | Denied | Pa.Super., 144 A.3d 199 |
| Com. v. Hawkins [22] | 07/27/2016 47 EAL (2016) | Denied | Pa.Super., 141 A.3d 585 |
| Com. v. Henderson [23] ..... | 02/01/2016 827 MAL (2015) | Denied | Pa.Super., 133 A.3d 66 |
| Com. v. Herb [24]..... | 08/03/2016 54 MAL (2016) | Denied | Pa.Super., 135 A.3d 664 |
| Com. v. Hogan ..... | 07/19/2016 218 MAL (2016) | Denied | Pa.Super., 141 A.3d 601 |

18. Justice MUNDY did not participate in the decision of this matter.

19. Justice MUNDY did not participate in the consideration or decision of this matter.

20. Justice MUNDY did not participate in the consideration or decision of this matter.

21. Justice MUNDY did not participate in the consideration or decision of this matter.

22. Justice MUNDY did not participate in the decision of this matter.

23. Justice EAKIN did not participate in the decision of this matter.

24. Justice WECHT did not participate in the consideration or decision of this matter.